UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
NOV 27 2006


***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 06-40042 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| LYNETTE HETH, | * | |
| Defendant. | * | |

***

Pending before the Court is the Defendant Lynette Heth's Plea Agreement and Factual Basis Statement. A hearing to take the plea was held before the Magistrate Judge on November 8, 2006, and Judge Simko issued a Report and Recommendation recommending to this Court that the plea be accepted and the Defendant be adjudged guilty as charged in the Superseding Information with Possession of a Controlled Substance in violation of 21 U.S.C. § 844. After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the plea is accepted and the Defendant Lynette Heth is adjudged guilty.

Dated this 27th day of November, 2006.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
          DEPUTY